IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES DAVID COCHRAN**  **PETITIONER**
ADC #122317

v.  Case No. 4:22-CV-418-LPR

**DEXTER PAYNE, Director,**
Arkansas Division of Correction, et al.  **RESPONDENTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition (PFRD)[1] submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections.[2] After carefully considering the objections and making a *de novo* review of the PFRD and the record, the Court concludes the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Petition for Writ of Habeas Corpus is DISMISSED.[3]

2. No certificate of appealability shall issue.

DATED this 3rd day of January 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 4.

[2] Doc. 5.

[3] Doc. 2.