**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAMES DAVID COCHRAN**                                                                          **PETITIONER**
**ADC #122317**

v.                                        Case No. 4:22-CV-418-LPR

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction, et al.**                                                   **RESPONDENTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.   No certificate of appealability shall issue.

DATED this 3rd day of January 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE